MICHAEL LEVINE, Individually and as a Stockholder and Officer of GLENMORE METALCRAFT CORPORATION, Respondent, et al., Plaintiffs, v. ABE B. KARRON, Individually and as an Officer of Said Corporation, et al., Defendants, and GLENMORE METALCRAFT CORPORATION, Defendant-Appellant.— Order granting plaintiff's motion for the appointment of a temporary receiver reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. There is no proof showing the necessity for the appointment of a temporary receiver. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur. [See *post,* pp. 821, 956.]

APHRODITE PIPONIDIS, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— In an action brought by the beneficiary of an insurance policy to recover double indemnity upon the claim that the death of the insured was accidental, the complaint was dismissed at the close of the plaintiff's case. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

JACOB SCOTT et al., Suing on Their Own Behalf and on Behalf of All Other Stockholders of HURON HOLDING CORPORATION Similarly Situated, Appellants, and ABRAHAM L. HAYMAN, Intervener, Appellant, v. EDWIN M. ALLEN et al., Defendants, and MANUFACTURERS TRUST COMPANY et al., Defendants-Respondents.— In a representative stockholders' action, plaintiffs appeal from two orders and from the judgment entered thereon, dismissing the first, second, third, fifth, sixth and ninth causes of action, and requiring the service of an amended complaint with respect to the fourth cause of action set forth in the consolidated complaint herein. Orders and judgment unanimously affirmed, with one bill of ten dollars costs and disbursements. No opinion. Present — Johnston, Adel, Taylor and Lewis, JJ.; Carswell, Acting P. J., not voting. [See *post,* pp. 821, 827.]